No
*M$^c$Dougall & Poupard*
*vs*
*H$^y$ De Gerdin*

| MICHIGAN TERRITORY | SUPREME COURT OF TERRIT$^y$ |
|---|---|

*Geo. M$^c$Dougall and*
*Charles Poupard dit*
*Lafleuer vs—*
*Hy$^{sth}$ Des Gerdin, administrator*
*of John B. Alloire Dit Lapiere*

⎱ Appeal from Decree
of Ch$^s$ Larned Esq$^r$
Register &$^c$ entered &$^c$

And the s$^d$ Hy$^{sth}$ Des Gerdin Adm$^r$ &$^c$ appellant, comes and says, that the Decree above by the Register entered, & appealed from, by the s$^d$ Francis, ought not to be confirmed, But that the same ought to be reversed and annulled by the Judgment of this Court

1 Because said Decree, does not follow or conform to the agreement, entered into in writing betwen the said Alloire, deceased and the said Poupard, mentioned in the Petition &$^c$

2$^d$ Because other and irrevelent matter, not mentioned in such agreement in writing, is introduced into and made part of the decree

3$^d$ Because, George M$^c$Dougal Esq$^r$ is made party in said Judgment and Decree, altho no contract in writing or privity of Contract, was ever made or existed, betwen the said Alloire, deceased & the s$^d$ George M$^c$Dougall, suff$^t$ to found a decree of Judgement on.

4. Because, the interest and rights of the minor children, Heirs at Law of said Alloire deceased, are wrongfuly sacrificed by said Decree and Judg[t]

5. Because the decree is founded on an ex parte Survey of the Land mentioned in s[d] Judgment, of the making whereof no notice was ever given the s[d] Francis Adm[r]

Because, in the proceedings before the s[d] Register and in the passing the decree and judgment there is manifest error.

Wherefore the s[d] Francis Prays Judgment and that the Judg[t] and decree above may be reversed annuled and set aside &[c].

SOL SIBLEY  Aty
for Appellant.

[In the handwriting of Solomon Sibley]

In nullo est Erratum
Poupard & M[c]DOUGALL
Complainants

[In the handwriting of George McDougall]